# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------X

**IN RE**:

**MARLENE KAPETULA**

                Debtor,

CHAPTER 13

CASE NO.: 18-12960

------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2018, a true, accurate and correct copy of Debtor's 1st Amended Chapter 13 Plan was filed with the Clerk for the Eastern District of Pennsylvania Bankruptcy Court and has been served upon all parties of record via the Court's ECF system on this same day to the following:

| | |
|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107-4405 | William C. Miller, Esq.<br>1234 Market Street, 18th flr<br>Philadelphia, PA 19107 |

AES/Keystone
1200 North 7th Street
Harrisburg, PA 17102

AES/Keystone Best
1200 North 7th Street
Harrisburg, PA 17102

AES/PHEA/Keystone Stafford
1200 North 7th Street
Harrisburg, PA 17102

Afni Inc
404 Brock Drive
Bloomington, IL 61701

Applied Bank
PO Box 10210
Wilmington, DE 19850

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank, N.A.
PO Box 30285
Salt Lake City, UT 84130

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Financial Control - St. Chris Hosp
PO Box 660873
Dallas, TX 75266

GE Capital/Walmart
PO Box 965024
Orlando, FL 32896

GE Money Bank
PO Box 965005
Orlando, FL 32896

HSBC Bank
2929 Walden Avenue
Carol Stream, IL 60197

IC Systems Inc - Laurence Cohen
PO Box 64378
Saint Paul, MN 55164

LVNV Funding
PO Box 10584
Greenville, SC 29603

Macys/DSNB
PO Box 8218
Mason, OH 45040

Merchants & Medical Credit
6324 Taylor Drive
Flint, MI 48507

Midland Credit Management Inc
8875 Aero Drive
San Diego, CA 92123

Midland Mortgage
PO Box 268959
Oklahoma City, OK 73126

Pheaa Keystone
1200 North 7th Street
Harrisburg, PA 17105

Pheaa Keystone
1200 N 7th Street
Harrisburg, PA 17102

Rossi & Lombardi
3842 Harlem Road
Buffalo, NY 14215

Springleaf Fin Services
500 North Royal Avenue
Evansville, IN 47715

| | |
|---|---|
| Date: September 10, 2018 | /s/ Robert Leite-Young |
| | Robert C. Leite-Young, Esquire |
| | Attorney for Debtor |
| | 6950 Castor Avenue |
| | Philadelphia, PA 19149 |
| | 267.388.9972 (phone) |