# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-12960-ELF

MARLENE  KAPETULA

404 WALTER STREET

PHILADELPHIA, PA 19111

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARLENE  KAPETULA

404 WALTER STREET

PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-

Date: 9/10/2018

                    /S/ William C. Miller
                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee