United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12960-elf
Marlene Kapetula                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Jennifer            Page 1 of 2           Date Rcvd: Oct 10, 2018
                             Form ID: pdf900           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db            +Marlene Kapetula,    404 Walter Street,    Philadelphia, PA 19111-3945
14104063      +AES/Keystone,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14104064      +AES/Keystone Best,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14104065      +AES/PHEA/Keystone Stafford,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14104072      +Financial Control - St. Chris Hosp,    PO Box 660873,    Dallas, TX 75266-0873
14104075       HSBC Bank,    2929 Walden Avenue,    Carol Stream, IL 60197
14104076      +IC Systems Inc - Laurence Cohen,    PO Box 64378,    Saint Paul, MN 55164-0378
14104078      +Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
14104079      +Merchants & Medical Credit,    6324 Taylor Drive,    Flint, MI 48507-4685
14162847      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14104081      +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
14185141       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                PO BOX 16408,    St. Paul, MN 55116-0408
14104083      +Pheaa Keystone,    1200 N 7th Street,    Harrisburg, PA 17102-1444
14104082      +Pheaa Keystone,    1200 North 7th Street,    Harrisburg, PA 17102-1444
14119704      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14104084      +Rossi & Lombardi,    3842 Harlem Road,    Buffalo, NY 14215-1935
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:38     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2018 03:33:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2018 03:34:14     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:37:07
                NCEP, LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:52:17     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104067       E-mail/Text: bnc-applied@quantum3group.com Oct 11 2018 03:34:12     Applied Bank,
                PO Box 10210,    Wilmington, DE 19850
14104066      +E-mail/Text: EBNProcessing@afni.com Oct 11 2018 03:34:06     Afni Inc,    404 Brock Drive,
                Bloomington, IL 61701-2654
14104068      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 11 2018 03:33:59     Asset Acceptance, LLC,
                PO Box 2036,    Warren, MI 48090-2036
14210567       E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:38     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
14104069      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:37:07     Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
14104070      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:37:08
                Capital One Bank, N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14104071      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2018 03:36:57     Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
14104073      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:37:10     GE Capital/Walmart,
                PO Box 965024,    Orlando, FL 32896-5024
14104074      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:52:17     GE Money Bank,    PO Box 965005,
                Orlando, FL 32896-5005
14104077      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:36:58     LVNV Funding,
                PO Box 10584,    Greenville, SC 29603-0584
14162349       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:37:10
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14162786       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:36:58
                LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14162389       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:37:09
                LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Card Services (III),
                Inc.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14162394       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:37:09
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14162393       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:37:10
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14104080      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2018 03:34:00     Midland Credit Management Inc,
                8875 Aero Drive,    San Diego, CA 92123-2255
14185482      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:37:18     NCEP, LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
```

```
District/off: 0313-2          User: Jennifer               Page 2 of 2                   Date Rcvd: Oct 10, 2018
                              Form ID: pdf900              Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14101449       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:52:52
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14104085        E-mail/PDF: cbp@onemainfinancial.com Oct 11 2018 03:36:55      Springleaf Fin Services,
                 500 North Royal Avenue,   Evansville, IN 47715
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Midfirst REO Inventory bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Marlene  Kapetula rleite@roachleite.com,
               lanette@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLENE  KAPETULA                                   Chapter 13

             Debtor              Bankruptcy No. 18-12960-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: October 10, 2018**            _____
                                      Eric L. Frank
                                      Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-


Debtor:
MARLENE  KAPETULA

404 WALTER STREET

PHILADELPHIA, PA 19111